UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-7493-MWF(RAOx)**                              Dated: **November 13, 2015**

Title:     Zan Nakari -v- Etihad Airways P.J.S.C.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of counsel's email notifying the clerk that a settlement has been reached, the Court sets a hearing on Order To Show Cause Re Dismissal for January 4, 2016 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                  Initials of Deputy Clerk    rs
CIVIL - GEN